**No. 42131.**—Protests 610535–G, etc., of P. Pastene & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.